FILED

APR 14 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | **1 : 26 CR 0 0 1 8 0** |
| | ) | |
| v. | ) | CASE NO._____ |
| | ) | Title 18, United States Code, |
| ROBERT GEBALLA JR., | ) | Sections 2252(a)(2), |
| | ) | 2252A(a)(5)(B), 1466A(b)(1) |
| Defendant. | ) | and (d)(4) |

**JUDGE PEARSON**

COUNT 1
(Receipt and Distribution of Visual Depictions of Real Minors Engaged in Sexually Explicit
Conduct, 18 U.S.C. § 2252(a)(2))

The Grand Jury charges:

1.      From on or about September 13, 2025, to on or about January 9, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ROBERT GEBALLA JR. did knowingly receive and distribute, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

1:26CR00180

## COUNT 2
### (Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

2.      On or about February 12, 2026, in the Northern District of Ohio, Eastern Division, Defendant ROBERT GEBALLA JR. did knowingly possess a Lenovo Laptop Computer, serial number MP2MNY4T and a HP Desktop Computer, serial number 2UA64630SK that contained child pornography as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

<u>COUNT 3</u>
(Obscene Visual Representations of the Sexual Abuse of Children,
18 U.S.C. § 1466A(b)(1) and (d)(4))

The Grand Jury further charges:

3.      On or about February 12, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ROBERT GEBALLA JR. knowingly possessed at least one visual depiction that depicted a minor engaging in sexually explicit conduct and was obscene, and any visual depiction involved in the offense had been shipped and transported in interstate and foreign commerce by any means, including a computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 1466A(b)(1) and (d)(4).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.